```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708
```

FILED
FEB 0 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE MATTER OF THE SEARCH OF [SEALED] | CASE NO. 2:06-SW-0018 PAN<br><br>SEALING MOTION AND [PROPOSED] ORDER |

For the reasons articulated in the Affidavit in of SSA Brian Korbs, the United States respectfully requests that the Application and Affidavit for Search Warrant and the Affidavit of SSA Brian Korbs in the above-captioned matter remain sealed until March 1, 2006.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: February 1, 2006      By: /s/ Matthew D. Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney

**SO ORDERED.**

DATE: FEB -1 2006

HON. PETER A. NOWINSKI
U.S. Magistrate Judge